
TXEB Local Form 3015-f [effective December 1, 2017]

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

IN RE: §
§
Robert E. White § No. 16-90148
Jeanette D. White § Chapter 13
§
**DEBTOR(S)** §

## ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN
## AND GRANTING ADDITIONAL AWARD OF ATTORNEY'S FEES

On 06/07/2018, the Court heard the Motion to Modify Confirmed Chapter 13 Plan (the "Modification Motion") filed on 03/21/2018 by the Debtor, Robert E. White and Jeanette D. White (the "Debtor"). The Modification Motion seeks to modify the terms of the confirmed Chapter 13 plan (dkt #3) as confirmed on 9/2/2016 (dkt #13) in the above-referenced case (the "Confirmed Chapter 13 Plan"). The Court finds that appropriate notice of the Modification Motion and the hearing were each properly given pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court finds that, as set forth on the record in open court, all objections to the Modification Motion have been withdrawn or overruled and that all applicable requirements set forth in § 1329 of the Bankruptcy Code have been fulfilled. Accordingly, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Modify Confirmed Chapter 13 Plan filed on 03/21/2018 by the Debtor, Robert E. White and Jeanette D. White , is hereby GRANTED, the Confirmed Chapter 13 Plan is hereby MODIFIED in accordance with the provisions set forth in the Modification Motion, as amended by the terms of this Order, and the Chapter 13 Trustee shall adjust his distributions accordingly.

**IT IS FURTHER ORDERED** that all provisions of the Confirmed Chapter 13 Plan not addressed by the Modification Motion or this Order remain in full force and effect.

**IT IS FURTHER ORDERED** that the request for an additional award of attorney's fees, as contained in ¶ 5 of the Modification Motion, is GRANTED and that ROBERT BARRON, is awarded the sum of $600.00 which shall be in addition to any other fees previously awarded or paid in this case.

Signed on 08/13/2018

_____
THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

/s/ Lloyd T. Kraus                                                        Date  **August 13, 2018**
**John Talton, Chapter 13 Trustee**

/s/ **Robert W. Barron**                                               Date  **August 11, 2018**
**Attorney for Debtor**